IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION- RUIZ / STRAUSS
CASE NO.  0:23-cv-60794 - RAR

**RALPH GUTIERREZ,**

    **Plaintiff,**

v.

**LVNV FUNDING, LLC and**
**RESURGENT CAPITAL SERVICES, L.P.,**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P., by and through their undersigned counsel, hereby provide notice that Plaintiff and Defendants reached a settlement in principle as to all claims and controversies between which were asserted or could have been asserted in this litigation. Upon completion of all settlement terms, Plaintiff and Defendants will file the necessary documents to dismiss this matter with prejudice.  To that end, Plaintiff and Defendants respectfully request forty-five (45) to complete all settlement terms.

    Respectfully submitted,

    **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ John M. Marees II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223

(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Dated: May 3, 2023

## CERTIFICATE OF SERVICE

I certify that on May 3, 2023, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Dated: May 3, 2023